**Entered on Docket**
**March 29, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
          TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
          WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB


UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ANGELA ALVARADO ,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-09-33836-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, N.A.,<br>SUCCESSOR BY MERGER TO WELLS<br>FARGO BANK SOUTHWEST, N.A.<br>FORMERLY KNOWN AS WACHOVIA<br>MORTGAGE, FSB, FKA WORLD<br>SAVINGS BANK, FSB'S ORDER<br>TERMINATING AUTOMATIC STAY<br>Date:    March 10, 2010<br>Time:    1:30 p.m. |

1          A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2 Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3 Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4 in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa, Ace Van Patten

5 appearing on behalf of Secured Creditor.

6          The court having duly considered the papers and pleadings on file herein and

7 being fully advised thereon and finding cause therefor:

8          IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9          The automatic stay of 11 United States Code section 362 is hereby immediately

10 terminated as it applies to the enforcement by Movant of all of its rights in the real property

11 under the Note and Deed of Trust encumbering the real property commonly known as 1757

12 Balsam Mist Ave, Las Vegas, Nevada 89123-6326 ("Real Property"), which is legally described

13 as:

14                   LOT SEVENTY-NINE (79) IN BLOCK TWO (2)

                     OF SILVERADO TERRACE, AS SHOWN BY

15                   MAP THEREOF ON FILE IN BOOK 86 OF

                     PLATS, PAGE 79, IN THE OFFICE OF THE

16                   COUNTY RECORDER OF CLARK COUNTY,

17                   CITY OF LAS VEGAS AND STATE OF

                     NEVADA.

18

19          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

20 its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

21 of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

22 prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

23 least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

24 Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

25 Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

26 provide 7 days' notice to the Debtor(s).

27 /././

28 /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.


APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____          _____
ANTHONY DELUCA                    WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY                TRUSTEE


/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☒    Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

/s/ JACQUE A. GRUBER
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY
KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB